| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:13-CR-205 |
| | § | |
| MAKEISHA ANN WILLIAMS (5) | § | |

## ORDER ADOPTING REPORT AND
## <u>RECOMMENATION OF UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. The parties having filed no objections to the magistrate judge's findings, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, with a twelve (12) month term of supervised release to follow.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 10th day of July, 2017.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE